# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AARON WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:20-CV-00612-MHH |
| | ) |
| **BEST BUY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

Consistent with the discussion on the record during the telephone conference in this matter on Thursday, July 16, 2020, the Court finds that Mr. White has not alleged facts in his original or amended complaints or during the telephone conference that provide a basis in the law for claims against the defendants. Because the Court finds Mr. White's claims to be without arguable merit in law, the Court dismisses this action.

The Court asks the Clerk to please mail this order to Mr. White at the address he has provided the Court and to close the case file.

**DONE** and **ORDERED** this July 16, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

2

Case 2:20-cv-00612-MHH   Document 13   Filed 07/16/20   Page 2 of 2

2